# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

RAYMOND PREWITT

DEBTOR(S),

Case No. 09-20947

Chapter 13

Judge Janet S. Baer

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE FILED ON 07/10/2014 AND ENTERED ON THE CLAIM REGISTER

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Raymond Prewitt, Debtor(s), 458 Rice Ave, Bellwood,   60104
Nathan E Curtis, Attorney for Debtor(s) - 55 E. Monroe St. #3400, Chicago, IL 60603 by electronic notice through ECF

You are hereby notified that creditor, OCWEN LOAN SERVICING, LLC, withdraws its Response to Notice of Final Cure filed on 07/10/2014 and entered on the claim register for Claim #9, as it was filed in error.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on August 11, 2014 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 P.M. on the August 11, 2014.

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Attorney for Creditor**

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (NO. 14-14-13186)**
NOTE: This law firm is deemed to be a debt collector.